**SO ORDERED.**

**SIGNED this 10th day of October, 2013.**



_____
Robert E. Nugent
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: CHARLES JOHN MILLSAP | ) | Case no. 11-10917-13 |
| BERNIECE LAVON MILLSAP | ) | Chapter 13 |
| Debtor(s) | ) | |

*Electronically Filed*

### ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS

At Wichita, Kansas, on October 9, 2013, this matter comes on for hearing on the Trustee's motion to dismiss the above captioned case, pursuant to notice duly given.

The Trustee advises the Court that the Debtor(s) has resumed payment under the plan, and therefore withdraws her motion to dismiss.

IT IS SO ORDERED.

# # #

Submitted:

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
(316) 267-1791

OWITH.DOC/KAD/10/10/2013